UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  CASE NUMBER: 2:11-cr-20693

vs.                               HON. GERALD E. ROSEN

ANNETTA POWELL,

        Defendant.

## INDEX OF EXHIBITS

EXHIBIT 1   -   United States v. Fuson, 215 F. App'x 468 (6th Cir. 2011)

EXHIBIT 2   -   United States v. Abram, 440 F. Appx. 470 (6th Cir. 2011)