PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.                                   Crim. No.   11-CR-20693-1

ANNETTA POWELL

On <u>November 23, 2016,</u> the above named was placed on Supervised Release for a period of <u>two</u> years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

LaMisha J. Rice
*U.S. Probation Officer Assistant*
313-234-5452

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this      4th      day of                May                , 20 18      .

s/Avern Cohn
Honorable Avern Cohn
*United States District Judge*